John Moloney, as Executor, etc., of Laura G. Barnard, Deceased, Appellant, v. Charles N. Pratt and Others, Impleaded with M. Gertrude Pratt, Respondent.— Order and judgment unanimously affirmed, with costs, on the authority of *Rogers* v. *Patterson* (79 Hun, 483; affd., 150 N. Y. 560).

In the Matter of the Final Judicial Settlement of the Account of Archibald Argotsinger, as Surviving Executor, etc., of Sarah A. Ellsworth, Deceased, Respondent. Lottie M. Bennett (formerly Ellsworth), Appellant).— Decree unanimously affirmed, with costs.

The People of the State of New York ex rel. White's Express Company v. William Sohmer, Comptroller of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Agnes E. Parsons, as Executrix, etc., of John D. Parsons, Jr., Deceased, Appellant, v. Knickerbocker Trust Company and the Albany Trust Company, Respondents, Impleaded with James R. Hay, Defendant.— Judgments unanimously affirmed, with costs.

Mabel Pattee, as Administratrix, etc., of Howard Pattee, Deceased, Respondent, v. Hudson Valley Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Charles Sherman, Appellant.— Order reversed, writ granted and prisoner discharged on the authority of *People* v. *Bright* (203 N. Y. 73). All concurred; Houghton and Betts, JJ., concurring on the further ground that the defendant was not proved to have been engaged in a game of chance. .

The People of the State of New York ex rel. Interborough Rapid Transit Company, Relator, v. William Sohmer, as Comptroller of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements, upon the authority of *People ex rel. Interborough R. T. Co.* v. *Williams* (200 N. Y. 93).

The People of the State of New York, Respondent, v. Harris Sirk, Appellant.— Judgment of conviction unanimously affirmed.

The People of the State of New York ex rel. William L. Hanson, Respondent, v. Gernon Jones and Others, Defendants. John C. Argersinger, Intervening, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Frank Gass, Appellant, Impleaded with The Empire State Surety Company, Defendant.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer upon payment of costs in this court and in the court below. All concurred.

Henry C. Ricketson, Respondent, v. The Village of Saranac Lake, Appellant.— Judgment unanimously affirmed, with costs.

Harry W. Rogers, Respondent, v. The Herald Company, Appellant.— Order affirmed, without costs. All concurred.

Harry W. Rogers, Respondent, v. The Herald Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Edwin Rogers, an Infant, by Arthur W. Rogers, His Guardian ad Litem, Respondent, v. William A. Lee, Appellant.— Judgment and order unanimously affirmed, with costs.